# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **HÉCTOR VEGA-RIVERA (6),** <br><br> **Defendant**. | **CRIMINAL NO. 15-612 (PAD)** |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Silvia Carreño-Coll regarding the Rule 11 proceeding of defendant, Héctor Vega-Rivera (Docket No. 195), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count Three of the Indictment.

The court notes that a Presentence Investigation Report was filed (Docket No. 214). The Sentencing Hearing is set for November 7, 2016 at 11:30 a.m. The parties shall file their Sentencing Memoranda by October 28, 2016.

**SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of October, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge